**Below is the Order of the Court.**

Timothy W. Dore
**U.S. Bankruptcy Court**

**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 19-10977 |
|---|---|
| PATRICK SIMEKHA and JEAN SIMEKHA, | ORDER GRANTING MOTION TO SELL REAL PROPERTY AND DISTRIBUTE |
| Debtors. | PROCEEDS |

THIS MATTER having come before the Court on the Motion of Debtors Patrick and Jean

Simekha for an Order Approving the Sale of Real Property and for Distribution of Proceeds; Notice

of the Motion was served on all creditors and parties requesting notice of proceedings, as evidenced

by the Proof of Service attached to the motion; all objections and limited responses having been

resolved, having reviewed the motion and the records herein and deeming itself fully advised, it is

hereby,

ORDERED ADJUDGED AND DECREED, as follows

1.      The Debtors, Patrick and Jean Simekha, may sell their real property pursuant to the

terms of the Purchase and Sale Agreement for the purchase price of $820,000.00.  The subject



820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington  98401
(253) 627-8131
Fax: (253) 272-4338

property is located at 14265 130th Avenue NE, Kirkland, King County, WA 98034.

2.       BSI Financial and/or assigns' secured first position Deed of Trust in the approximate amount of $371,938.22, more or less, shall be paid in full through closing.

3.       Craft3 and/or assigns' secured second position Deed of Trust in the approximate amount of $10,840.59, more or less, shall be paid in full through closing.

4.       Homeowner's Association dues owed to Kingsgate Five Homeowner's Association in the approximate amount of $468.00, more or less, shall be paid in full through closing.

5.       The secured lien held by Kingsgate Five Homeowner's Association in the approximate amount of $2,500.00, more or less, shall be paid in full at closing.

6.       The City of Kirkland's secured utility lien in the approximate amount of $6,500.00, more or less, shall be paid in full at closing.

7.       NS Utility's secured lien in the approximate amount of $8,000.00, more or less, shall be paid in full at closing.

8.       Reasonable closing costs, including excise tax, recording fees, title insurance, closing fees and real estate commissions shall be paid in full through closing.

9.       The closing agent shall send the closing statement and $120,000.00 to the Chapter 13 Trustee as follows:

> Jason Wilson-Aguilar
> Chapter 13 Trustee
> PO Box 2139
> Memphis, TN 38101-2139

The closing agent shall include the debtors' names and case number (19-10977-TWD) on the form of payment. Upon receipt of the funds, the Trustee shall disburse the funds pursuant to the debtors' plan.

ORDER GRANTING MOTION TO      -2-
SELL REAL PROPERTY AND
DISTRIBUTE PROCEEDS

**MORTON McGOLDRICK**
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

1

2          10.    The closing agent shall send any remaining funds to the debtors.

3          11.  Notwithstanding Federal Bankruptcy Rule 6004(h), the Order entered by this Court

4    shall be effective immediately after its entry absent a stay pending appeal.

5          12.  Pursuant to 11 U.S.C. §363(m), absent a stay of any order entered by this Court

6    pending appeal, the reversal or modification on appeal of any Order entered by this Court, or any

7    provision thereof, should not affect the validity of the sale transaction approved hereby which is

8    consummated prior to such stay, reversal or modification on appeal.

9          13.  The validity of the sale approved hereby shall not be affected by the appointment

10   of a Successor Trustee, the dismissal of the above-captioned case, or its conversion to another

11   chapter under Title 11 of the United States Code.

12         14.  The above payoff figures are estimated and can not be fully calculated until actual

13   payoff figures are received, and the final settlement statement is prepared.

14                                    ///End of Order///

15
     Presented by:
16

17   /s/ Brett L. Wittner
     BRETT L. WITTNER, WSBA # 27657
18   Attorney for Debtors

19

20   No Objection:                                No Objection:

21
     /s/ Jason Wilson-Agular                      /s/ Erica Loftis
22   Jason Wilson-Aguilar, WSBA #33582            Erica Loftis, WSBA # 44308
     Standing Chapter 13 Trustee                  Attorney for U.S. Bank N.A.

23

ORDER GRANTING MOTION TO              -3-
SELL REAL PROPERTY AND
DISTRIBUTE PROCEEDS



820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338